actions in suit, and, as so modified, the order is affirmed, without costs. Settle order. Concur — Breitel, J. P., Rabin, Frank, McNally and Stevens, JJ.

■ GENERAL ELECTRIC COMPANY, Respondent, v. GOLDEN RULE APPLIANCE Co., INC., Appellant.— Order unanimously affirmed, with $50 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Frank, McNally and Stevens, JJ.

■ HENRY J. GEBERT, JR., as Administrator of the Estate of HENRY J. GEBERT, SR., Deceased, Respondent, v. RABBIT CORPORATION OF AMERICA, Appellant, et al., Defendant.— Order unanimously modified to the extent of denying the motion of defendant to dismiss this action for lack of prosecution on condition that the plaintiff pays to the said defendant a full bill of costs to date, together with the costs and disbursements of this appeal, within 30 days after service of a copy of this order, with notice of entry, and, as so modified, the order appealed from is affirmed, with $20 costs and disbursements to the appellant. Concur — Breitel, J. P., Rabin, Frank, McNally and Stevens, JJ.

■ WALTER J. McGUIRE et al., Respondents, v. RABBIT CORPORATION OF AMERICA et al., Appellants.— Order unanimously modified to the extent of denying the separate motions of the defendants to dismiss this action for lack of prosecution on condition that the plaintiffs pay to the defendants one full bill of costs to date, together with the costs and disbursements of this appeal, within 30 days after service of a copy of this order, with notice of entry, and, as so modified the order appealed from is affirmed, with $20 costs and disbursements to the appellants. Concur — Breitel, J. P., Rabin, Frank, McNally and Stevens, JJ.

■ SARAH P. HOCHERMAN et al., Appellants, v. I. & G. SERVICE CORP. et al., Respondents.— This appeal from an order denying a preference is predicated upon the plaintiff's claim that the recurrence of a prior mental ailment resulted from the injuries received in the accident for which this action was initiated. Her claim is supported by affidavits of medical experts. In opposition, the defendants submitted the report of the court-designated specialists, who expressed the opinion that there was no causal relationship between the accident and the condition claimed to result therefrom. The disputed question cannot be determined in advance of the trial. The plaintiff is, therefore, entitled to a rule V preference. (New York County Supreme Court Trial Term Rules.) The order is unanimously reversed on the law and in the exercise of discretion, with $20 costs and disbursements to the appellants and the motion granted, with $10 costs. Concur — Breitel, J. P., Rabin, Frank, McNally and Stevens, JJ.

■ REBECCA ROSENBERG, Respondent, v. NEW YORK CITY HOUSING AUTHORITY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Frank, McNally and Stevens, JJ.

■ RANDAL D. TAAFFE v. HARRY SANGER.— Motion for leave to reargue denied but motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Breitel, J. P., Rabin, McNally, Bergan and Bastow, JJ. [See 4 A D 2d 1034.]

■ SOUTHWESTERN SHIPPING CORPORATIONN v. ARMAND ANLYAN.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Rabin, Frank, McNally and Bastow, JJ. [See 4 A D 2d 944.]

■ In the Matter of BERTHA H. MASSIE against TEXTILE REALTY CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Bergan and Bastow, JJ. [See 4 A D 2d 1020.]